**MICHAEL V. CRISTALLI, ESQ.**
Nevada Bar No. 6266
**CRISTALLI & SAGGESE, LTD.**
732 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101
Telephone 702.383.2180
Facsimile 702.382.2977
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 2:10-CR-00440-ECR-LRL |
| ) | |
| Vs. ) | |
| ) | |
| NELSON OSEMWENGIE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION FOR ORDER AUTHORIZING CONTACT VISIT

COMES NOW, Defendant NELSON OSEMWENGIE, by and through his attorney of record, MICHAEL V. CRISTALLI, ESQ., of the law firm of CRISTALLI & SAGGESE, LTD., and respectfully moves this Honorable Court for an order granting his request for contact visit between Defendant and Gary Modafferi, Law Clerk for Michael V. Cristalli, Esq., at the North Las Vegas Detention Center, 2332 Las Vegas Boulevard North, Suite 200, North Las Vegas, NV 89030.

…

…

…

…

-1-

This motion is brought pursuant to the Sixth Amendment to the United States Constitution, the attached supporting affidavit of Counsel, and any argument and/or evidence adduced at a hearing on this matter.

DATED this 5th day of October, 2010.

Respectfully Submitted:

/s/ MICHAEL V. CRISTALLI, ESQ.

_____

**MICHAEL V. CRISTALLI, ESQ.**
Nevada Bar No. 6266
**CRISTALLI & SAGGESE, LTD.**
732 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101
Telephone 702.386.2180
Facsimile 702.382.2977
*Attorney for Defendant*

# **DECLARATION OF MICHAEL V. CRISTALLI, ESQ., IN SUPPORT OF MOTION FOR ORDER AUTHORIZING CONTACT VISIT**

STATE OF NEVADA  )
                 : ss.
COUNTY OF CLARK  )

MICHAEL V. CRISTALLI, ESQ., being duly sworn, deposes and states:

1. That affiant is a duly licensed attorney, authorized to practice in the State and Federal courts of Nevada.

2. That affiant is counsel of record in the above-captioned matter.

3. That Gary Modafferi, J.D., is currently working in my employ as a research assistant, assigned to assist in preparation of the instant matter.

4. That Mr. Modafferi formerly practiced law for over fifteen years in Honolulu, Hawaii, working for over eleven of those years at the Department of Prosecuting Attorneys, as Narcotics Division Chief and Homicide and Major Crimes Trial Strategist. He then opened his own firm concentrating on criminal defense. During this time, he completed over 100 jury trials and taught criminal and constitutional law for nine years at Hawaii Pacific University and Chaminade University.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 5TH day of October, 2010.

/s/ MICHAEL V. CRISTALLI, ESQ.
_____
MICHAEL V. CRISTALLI, ESQ.

**ORD**
**MICHAEL V. CRISTALLI, ESQ.**
Nevada Bar No. 6266
**CRISTALLI & SAGGESE, LTD.**
732 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101
Telephone 702.383.2180
Facsimile 702.382.2977
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 2:10-CR-00440-ECR-LRL |
| ) | |
| Vs. ) | |
| ) | |
| NELSON OSEMWENGIE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**<u>ORDER</u>**

The Court having reviewed Defendant's Motion for Order Authorizing Contact Visit and with good cause appearing:

**IT IS HEREBY ORDERED** that Defendant, NELSON OSEMWENGIE's, request for contact visit with Gary Modafferi, J.D., at the North Las Vegas Detention Center, 2332 Las

…

…

…

…

…

1  Vegas Boulevard North, Suite 200, North Las Vegas, NV 89030, is granted.

2        DATED this 12th day of October, 2010.

3

4                                                                             */s/ Leavitt*

5                                             UNITED STATES MAGISTRATE JUDGE

6

7  Respectfully Submitted:

8  /s/ MICHAEL V. CRISTALLI, ESQ.

9  _____

10 **MICHAEL V. CRISTALLI, ESQ.**
   Nevada Bar No. 6266

11 **CRISTALLI & SAGGESE, LTD.**
   732 S. Sixth Street, Suite 100

12 Las Vegas, Nevada 89101
   Telephone 702.386.2180

13 Facsimile 702.382.2977
   *Attorney for Defendant*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28