UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NELSON OSEMWENGIE,<br><br>Defendant. | Case No. 2:10-cr-00440-MMD-LRL<br><br>ORDER |

Before the Court is Defendant's Motion to Dismiss Counsel (dkt. no. 46). Defendant's counsel concurs with Defendant's request for dismissal. (Dkt. no. 48.) Counsel informed the Court that he was retained for the limited purpose of filing a Motion to Amend Judgment to Reflect Intention of Court although he informs the Court that counsel assisted Defendant in the preparation and filing of a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 because of the approaching limitation period.

Accordingly, GOOD CAUSE APPEARING, Defendant's Motion is GRANTED. The Clerk is directed to send a copy of all filings directly to Defendant and service will be directed to Defendant.

DATED THIS 16th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE