UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00440-MMD-VCF |
| Plaintiff, | ORDER |
| v. | |
| NELSON OSEMWENGIE, | |
| Defendant. | |

Nelson Osemwengie submitted a letter that the Court construes as a motion requesting confirmation that this case is no longer pending. (ECF No. 106.) So construed, the Court grants the motion (ECF No. 106). The Court clarifies that Osemwengie completed supervised release and this case has been closed.

DATED THIS 8th Day of November 2023.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE